# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHESTER MONTGOMERY,<br><br>  Plaintiff,<br><br>v.<br><br>HAYES BEER DISTRIBUTING COMPANY,<br><br>  Defendant. | Case No. 1:19-cv-02549<br><br>Honorable Judge Sharon Johnson Coleman |

## AGREED STIPULATION OF DISMISSAL

Now come the Plaintiff, CHESTER MONTGOMERY, and the Defendant, HAYES BEER DISTRBUTING COMPANY, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above matter with prejudice, with each party bearing its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,                   RESPECTFULLY SUBMITTED,

CHESTER MONTGOMERY                    HAYES BEER DISTRBUTING COMPANY

By:  /s/ David B. Levin                          By:  /s/ Joseph S. Turner
     Attorney for Plaintiff                           Attorney for Defendant
     Illinois Attorney No. 6212141                    Seyfarth Shaw LLP
     Law Offices of Todd M. Friedman, P.C.            233 S. Wacker Drive, Suite 8000
     333 Skokie Blvd., Suite 103                      Chicago, IL 60606
     Northbrook, IL 60062                             Phone: (312) 460-5838
     Phone: (224) 218-0882                            Fax: (312) 460-7838
     dlevin@toddflaw.com                              jturner@seyfarth.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff